IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JAMES WALTER RODGERS,**                                                 **PETITIONER**

**V.**                                                  **NO. 1:05CV216-D-D**

**LAWRENCE KELLY, ET AL,**                                       **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to prosecute, in accordance with Rule 41(b), Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

THIS the 10th day of January, 2006.

                                                           /s/ Glen H. Davidson
                                                           CHIEF JUDGE